December 4, 1969

## Anderson *v.* Greenville Borough et al., Appellants.

Argued November 11, 1969. *Irwin M. Ringold,* with him *John M. McLaughlin* and *Alexander J. Jaffurs,* for appellants; *George Hardy Rowley,* with him *Voorhies, Dilley, Keck, Rowley & Wallace,* for appellee.

Judgment affirmed.